**Electronically Filed**
**Supreme Court**
**SCWC-16-0000071**
**25-NOV-2019**
**11:37 AM**

SCWC-16-0000071

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————————

HEALOHA CARMICHAEL, LEZLEY JACINTHO,
and NĀ MOKU AUPUNI O KOʻOLAU HUI,
Petitioners/Plaintiffs-Appellees/Cross-Appellees/
Cross-Appellants,

vs.

BOARD OF LAND AND NATURAL RESOURCES, SUZANNE CASE,
in her official capacity as Chairperson of the Board of Land and
Natural Resources, the DEPARTMENT OF LAND AND NATURAL RESOURCES,
Respondents/Defendants-Appellees/Cross-Appellees/
Cross-Appellants,

and

ALEXANDER & BALDWIN, INC., EAST MAUI IRRIGATION CO., LTD.,
and HAWAIIAN COMMERCIAL AND SUGAR CO.,
Respondents/Defendants-Appellants/Cross-Appellees,

and

COUNTY OF MAUI, DEPARTMENT OF WATER SUPPLY,
Respondent/Defendant-Appellee/Cross-Appellant/Cross-Appellee.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000071; 1CC151000650)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.,)

Petitioners/Plaintiffs-Appellees/Cross-Appellees/Cross-

Appellants Healoha Carmichael, Lezley Jacintho, and Nā Moku

Aupuni O Koʻolau Hui's application for writ of certiorari filed

on September 30, 2019, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, November 25, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson